## THOMASON v. CHAMPLIN et al.

No. 7726—Opinion Filed September 19, 1916.

(159 Pac. 1187.)

Error from District Court, Garfield County ; James B. Cullison, Judge.

Action by H. H. Champlin against C. B. Thompson and others. Judgment for plaintiff, and defendant Thompson brings error. Reversed and remanded.

Titus & Talbot, for plaintiff in error.

Adam S. Garis, for defendants in error.

Opinion by HOOKER, C. The issues involved in this case have this day been decided in cause No. 7724, Joseph Zehr v. H. H. Champlin et al., 60 Okla. 242, 159 Pac. 1185, and under the authority of that case this cause is hereby reversed and remanded.

By the Court: It is so ordered.

---

## THOMASON v. CHAMPLIN et al.

No. 7725—Opinion Filed September 19, 1916.

(159 Pac. 1186.)

Error from District Court, Garfield County ; James B. Cullison, Judge.

Action by H. H. Champlin against S. B. Thomason and others. Judgment for plaintiff, and defendant named brings error. Reversed and remanded.

Titus & Talbot, for plaintiff in error.

Adam S. Garis, for defendants in error.

Opinion by HOOKER, C. The opinion this day rendered in cause No. 7724, Joseph Zehr v. H. H. Champlin, 60 Okla. 242, 159 Pac. 1185, is decisive of the issues involved here, and under the authority of that case this cause is reversed and remanded.

By the Court; It is so ordered.